**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **NORTH AUGUSTA MANAGEMENT GROUP LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:13-mc-00029-O-BP** |
| **SOUTHWEST GOLD GROUP INC., et al.,** | § § § | |
| **Defendants.** | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 5), issued on June 18, 2020. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DIRECTS** the Clerk of Court to complete and issue the Writs of Execution requested in Plaintiff North Augusta Management Group LLC's Applications for Writs of Execution (ECF Nos. 2–3).

**SO ORDERED** on this **6th day** of **July, 2020**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1